Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
(732) 695-3282 telephone
(732) 298-6256 facsimile
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Lance Sedbrook*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Lance Sedbrook,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**United Nationwide CA, LP d/b/a United Auto Recovery, Wells Fargo Bank, N.A. and John Doe,**<br><br>**Defendant.** | **Civil Case Number:**<br>**2:24-cv-01894-DGC**<br><br>**NOTICE OF FILING AMENDED COMPLAINT** |

Plaintiff Lance Sedbrook (hereinafter, “Plaintiff”), hereby gives Notice of the filing of an Amended Complaint as of right in this action, pursuant to FRCP 15(a)(1). As reflected in the attached underlined and bracketed Amended Complaint, the Complaint was amended to name the Defendant who was previously named as John Doe, and to correct the entity name of another Defendant.

Dated: August 25, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
*Attorney for Plaintiff*