Yitzchak Zelman, Esq.
Arizona State Bar Number: 038827
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732)298-6256
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Lance Sedbrook*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Lance Sedbrook,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**United Nationwide Recovery, LLC, Wells Fargo Bank, N.A. and Select Asset Recovery Group, LLC,**<br><br>**Defendants.** | **Civil Case Number: 2:24-cv-01894-DGC**<br><br>**JOINT STATUS REPORT** |

The parties, by and through their respective counsel, hereby submit this Joint Status Report to update the Court as to the status of the arbitration commenced in this case:

Per the Court's Order dated March 13, 2025 [Doc. 33], the parties in the above-referenced lawsuit was to file a status report by August 15, 2025, describing the status of the arbitrations. Plaintiff Lance Sedbrook ("Plaintiff") initiated arbitration with the American Arbitration Association in this lawsuit on or about March 17, 2025. Defendants United Nationwide Recovery, LLC and Select Asset Recovery Group, LLC filed answers on or about March 31, 2025.

An Arbitrator was then appointed by the AAA on July 7, 2025. On that same date, the

AAA issued an invoice to the answering Defendants for the required Case Management Fee the initial arbitrator compensation deposit. That invoice was due 14 days later, but it has not been paid to date. The AAA then followed up on this overdue payment on July 18 and July 24, but the required fees were still not paid.

The defense is taking steps to ensure payment is processed to AAA so that the arbitration can proceed in a timely manner.

Date: September 3, 2025

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Arizona State Bar Number: 038827
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone:(732) 695-3282
Fax: (732)298-6256
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Lance Sedbrook*

/s/ Patrick Newman
Patrick D Newman, Esq.
Bassford Remele PA
100 S 5th St., Ste. 1500
Minneapolis, MN 55402
612-333-3000
Email: pnewman@bassford.com
*Attorneys for Defendants*
*United Nationwide Recovery, LLC and Select Asset Recovery Group, LLC*