Yitzchak Zelman, Esq.
Arizona State Bar Number: 038827
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732)298-6256
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Lance Sedbrook*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Lance Sedbrook,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**United Nationwide Recovery, LLC, Wells Fargo Bank, N.A. and Select Asset Recovery Group, LLC,**<br><br>**Defendants.** | **Civil Case Number: 2:24-cv-01894-DGC**<br><br>**<u>JOINT STATUS REPORT</u>** |

The parties, by and through their respective counsel, hereby submit this Joint Status Report to update the Court as to the status of the arbitration commenced in this case:

After the Court granted the Defendants' Motion to Compel and found that the Plaintiff's challenges to arbitrability needed to be determined by the Arbitrator - due to the delegation provision in the Retail Installment Sales Contract between Plaintiff and his lender - Plaintiff initiated arbitration with the American Arbitration Association on or about March 17, 2025.

The parties then briefed the issue of arbitrability before the Arbitrator. This week, on January 20, 2026, the AAA Arbitrator agreed that the matter was not arbitrable and expressly ruled that "Claimant may continue pursuing his claims in federal court." *See,* Exhibit A.

Given that the Arbitrator has now ruled on the arbitrability issue and expressly found that Mr. Sedbrook may continue to pursue his claims in federal court, it is respectfully

submitted that this case should now be reopened so that the parties can begin the discovery process and move this case forward.

Date: January 23, 2026

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Arizona State Bar Number: 038827
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone:(732) 695-3282
Fax: (732)298-6256
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Lance Sedbrook*

/s/ Patrick Newman
Patrick D Newman, Esq.
Bassford Remele PA
100 S 5th St., Ste. 1500
Minneapolis, MN 55402
612-333-3000
Email: pnewman@bassford.com
*Attorneys for Defendants*
*United Nationwide Recovery, LLC and Select Asset Recovery Group, LLC*